UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:20-cr-00372-RWS |
| | ) |
| THOMAS JOHN ROWLAND, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the Defendant Thomas Rowland, by and through his counsel and now herewith seeks an Order of this Court granting leave to file Motion to File Under Seal and in support thereof states as follows:

1. Defendant seeks to file certain privileged and confidential medical records and corresponding materials which are not ordinarily available to the public.

2. The undersigned asserts that the Government has no objection to the instant Motion as the aforedescribed materials have previously been provided to the Government.

3. Accordingly, the Defendant now seeks an Order of the Court granting leave to file under seal and more specifically an Order permanently sealing in a non-redacted form the materials more fully described in the Defendant's Memorandum In Support Of Motion For Leave To File Under Seal.

WHEREFORE, and for all of the foregoing reasons, the Defendant respectfully request that the relief sought herein be granted and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

ROSENBLUM, SCHWARTZ AND FRY, PC

By:     /s/ *Gregory N. Wittner*
    GREGORY WITTNER, #43278MO
    Attorney for Defendant
    120 S. Central Avenue, Suite 130
    Clayton, Missouri 63105
    (314) 862-4332/Facsimile (314)862-8050
    Email: gwittner@rsflawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2021 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Courts electronic filing system.